UNITED STATES *versus* LOUIS LeDUC, JEAN · BAPTISTE RIVARD, LOUIS CICOTT, CHARLES LABADIE, AND BARNABÉ CAMPAU (THE LATTER REPRESENTING ANGELIQUE CAMPAU AND EMILY CAMPAU AND THE HEIRS OF ANTOINE AND CATHERINE O'NEIL).

JOURNAL ENTRIES: (1) Dec. 6, 1825: information and depositions filed, motion for writ of injunction; (2) Dec. 19, 1825: motion for special session granted; (3) Dec. 21, 1825: motion to amend information by adding defendants granted, citation ordered issued; (4) Dec. 24, 1825: Barnabé Campau given leave to become a party, rule by consent on marshal to summon jury of twelve to assess damages caused by making road; (5) Jan. 12, 1826: return of marshal including verdict of jury, return ordered filed and copy sent to War Department.

PAPERS IN FILE (1825): (1) Information; (2) depositions of Thomas S. Knapp and Edward Brooks; (3) draft of citation; (4) draft of order for citation; (5) citation and return; (6) affidavit of Henry Brainbridge; (7) draft of order giving Barnabé Campau leave to become a party; (8) agreement for assessment of damages; (9) draft of rule on marshal to summon jury to assess damages; (10) copy of rule, venire, verdict.

*File No. 8 of 1825.*

UNITED STATES *versus* EIGHT HOGSHEADS AND TWENTY-NINE BARRELS CIDER (FOURTEEN BARRELS CLAIMED BY DANIEL BUXTON AS CONSIGNEE OF THOMAS SMITH).

JOURNAL ENTRIES: (1) Dec. 21, 1825: time fixed for hearing, notice ordered published; (2) Jan. 12, 1826: claim made to fourteen barrels of cider, security filed, rule to answer; (3) Jan. 26, 1826: libel, answer of claimant, jury impaneled, verdict for claimant, fourteen barrels ordered restored, eight hogsheads and fifteen barrels condemned, sale and notice of sale ordered, attendance of witnesses proved.

PAPERS IN FILE (1825–26): (1) Application and order for special session; (2) copy of order for special session; (3) libel; (4) precipe for subpoena; (5) subpoena; (6) interrogatories; (7) draft of order for monition; (8) published notice and proof of publication; (9) claimant's bond for costs; (10) claim; (11–12) subpoenas; (13–14) claims and answers; (15) precipe for subpoena; (16–18) subpoenas; (19) testimony of Smith Knapp, John J. Deming, Warner Wing, Frederick B. Hill, and Daniel Buxton; (20) letter—collector to clerk, informer's receipt; (21) account of sales; (22) marshal's account, allowance; (23–25) bills of costs; (26) memo. of testimony in handwriting of Judge Sibley.

*File No. 9 of 1825.*